DAVID T. MALOOF (DM 3350)
THOMAS M. EAGAN (TE 1713)
MALOOF BROWNE & EAGAN LLC
411 Theodore Fremd Avenue, Suite 190
Rye, New York 10580-1411
(914) 921-1200
*Attorneys for Plaintiffs*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

AIG EUROPE (NETHERLANDS), N.V.,       :

        *Plaintiff,*                 :

   - against -                       :

UNITED PARCEL SERVICE, INC.,          :

        *Defendant.*                :
------------------------------------x

08 Civ.

**08 CIV. 2387**

**RULE 7.1 DISCLOSURE**

**JUDGE CHIN**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiffs (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

- American International Group, Inc.

Dated: Rye, New York
March 7, 2008

MALOOF & BROWNE & EAGAN LLC

By: _____
David T. Maloof (DM 3350)
Thomas M. Eagan (TE 1713)
411 Theodore Fremd Avenue, Suite 190
Rye, New York 10580
Tel: (914) 921-1200
*Attorneys for Plaintiff*

\\SERVER1\COMPANY\WP-DOCS\2506.02\021908 RULE 7.1.DOC