(Chin, J)

DeOrchis & Partners, LLP
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700
*Attorneys for Defendant*
UNITED PARCEL SERVICE, INC.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
AIG EUROPE (NETHERLANDS), N.V.,

        Plaintiff,

  -against-

UNITED PARCEL SERVICE, INC.;

        Defendant.
-----------------------------------------------------------X

08 Civ. 2387 (DC)

*STIPULATION AND ORDER*
*EXTENDING TIME TO*
*ANSWER OR OTHERWISE*
*MOVE AS TO THE COMPLAINT*

  **IT IS HEREBY STIPULATED AND AGREED**, by and between David T. Maloof, (Maloof Brown & Eagan LLC), attorney for Plaintiff, and Vincent M. DeOrchis (DeOrchis & Partners, LLP), attorneys for Defendant, that the time for Defendant to answer or otherwise move with respect to the Plaintiff's Complaint be extended up to and including June 13, 2008.

Dated: New York, New York
    May 9, 2008

**MALOOF, BROWN & EAGAN LLC**
Attorneys for Plaintiff
AIG EUROPE (NETHERLANDS), N.V.

By _____
David T. Maloof (DM-3350)
411 Theodore Fremd Avenue – Suite 190
Rye, New York, 10580
(914) 921-1200
File #: 0350.04

**DeOrchis & Partners, LLP**
Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

By _____
Vincent M. DeOrchis (VMD-6515)
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700
File #: 2104-54

SO ORDERED

_____
U.S.D.J.
5/14/08