**DEORCHIS & PARTNERS, LLP**
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700
*Attorneys for Defendant*
UPS SUPPLY CHAIN SOLUTIONS, INC.
f/k/a Menlo Worldwide Forwarding, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------
AIG EUROPE (NETHERLANDS), N.V.,

                Plaintiff,

      -against-

UNITED PARCEL SERVICE, INC.;

                Defendant.
-------------------------------------------------------------

ECF CASE

**08 Civ. 2387 (DC)**

**<u>RULE 7.1 STATEMENT</u>**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure of the United States District Courts, the undersigned attorneys for defendants Defendant UPS Supply Chain Solutions, Inc. f/k/a Menlo Worldwide Forwarding, Inc. ("UPS-SCS") (private non-governmental parties), erroneously sued as United Parcel Service, certifies that the following are corporate parents and/or subsidiaries of said parties which are publicly held:

      1.     United Parcel Service, Inc.;

      2.     UPS Logistics Technologies; and

      3.     UPS SCS (UK) Limited.

Dated: New York, New York
June 13, 2008

                        D<small>E</small>ORCHIS, & PARTNERS, <small>LLP</small>
Attorneys for Defendant UPS SUPPLY
CHAIN SOLUTIONS, INC. f/k/a Menlo
Worldwide Forwarding, Inc.

By: /s/ William E. Lakis
    William E. Lakis (WEL-9355)
    61 Broadway, 26th Floor
    New York, New York  10006-2802
    (212) 344-4700
    Our File:  2104-53