**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**500 PEARL STREET NEW YORK, N.Y. 10007**

**J. Michael McMahon**
**Clerk of the Court**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/08
```

-----------------------------x

AIG Europe (Netherlands) N.V.,

        Plaintiff(s),

        - against -

United Parcel Service, Inc.,

        Defendant(s).
-----------------------------x

08 Civ. 2387 (DC)

        The above-captioned action has been assigned to Judge Denny Chin.

        Counsel for both sides are directed to attend a pretrial conference for the purpose of determining the status of the case, setting a discovery schedule, fixing a trial date, and discussing possible settlement.

        This conference will be held on August 1, 2008 at 11:00 A.M., in Room 11A of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

        Please review Judge Chin's Rules and Procedures in Civil Cases, located at www.nysd.uscourts.gov/Individual_Practices/Chin.pdf, as well as the Court rules on electronic filing in ECF cases, located at www.nysd.uscourts.gov/cmecf/cmecfindex.htm.

        All communication regarding scheduling should be directed to Judge Chin's courtroom deputy.

Dated:    New York, New York
            July 7, 2008

        Sincerely,

        David Tam
        Courtroom Deputy Clerk
        U.S.D.C. - S.D.N.Y.
        500 Pearl Street, Rm. 1020
        New York, New York 10007
        (212) 805-0096